United States District Court
Northern District of California
Office of the Clerk
450 Golden Gate Avenue
San Francisco, California 94102

March 11, 2008

In re: Luu v. Immigration & Naturalization Service (I.N.S.), et al.,
United States of America, Real Party in Interest.

Case No.: C-07-2704-JSW (PR)

NAME : Quoc Xuong Luu
CDC #: (P-22522)
Bld.#: (01-250U)
California State Prison - Solano
P.O. Box 4000
Vacaville, California 95696-4000

**To the Clerk whom assign above entitle case,**

On October 15, 2007, Honorable Jeffrey S. White, of the United States District Judge imposed an <u>ordered of dismissal with leave to amend and instructions to the clerk</u> and <u>granting leave to proceed in forma pauperis</u>. (<u>Referred</u> to the court's record docket no. 4.) On November 12, 2007, Plaintiff of above entitle case filed an "<u>court ordered amended complaint</u>" of docket no. 4's ordered. Then on February 06, 2008, Plaintiff submitted an "motion for consolidate the cases under similarly status & litigation of prosecution" to the court.

Plaintiff just wonder where above entitle case remedies within this court's jurisdiction of prosecution. Its bee along time since Plaintiff heard any responses from the court's ruling or ordering regarding to his <u>amended complaint or motion</u> which were filed.

Plaintiff take this time appreciate any assistant that the court could provide regarding to the matter of interest.

Sincerely,

Quoc Xuong Luu

DECLARATION AND PROOF OF SERVICE BY MAIL

I, <u>Quoc Xuong Luu</u>, declare under the penalty of perjury that I am over the age of 18 years, (   ) and not a party, or (xx) am a party to this action, and reside in Solano County, at P.O. Box 4000, Cell # <u>1-250U</u> ) Vacaville, California. 95696-4000.

That on <u>March</u>, <u>11</u>, 200<u>8</u>. I submitted to custody officials for inspection, sealing and depositing in the United States Mail, consistent with the "Mailbox Rule"; Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988) at the California State Prison-Solano, Vacaville, California. 95696-4000 a copy of the attached hereof:    "Letter"

in a fully prepaid envelope, addressed to:

    United States District Court
    Northern District of California
    Office of the Clerk
    450 Golden Gate Avenue
    San Francisco, California 94102

I declare under the penalty of perjury that the foregoing is true and correct. This declaration was executed on this <u>March</u>, <u>11</u>, 200<u>8</u>, at CSP-Solano, Vacaville, California. 95696-4000.


DECLARANT