JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUOC XUONG LUU, ) | |
| ) | No. C 07-2704 JSW |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| IMMIGRATION AND NATURALIZATION ) | |
| SERVICE (I.N.S.); UNITED STATES OF ) | |
| AMERICA; STATE OF CALIFORNIA; ) | |
| DEPARTMENT OF HOMELAND SECURITY; ) | |
| ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that representation of Defendants in the above-entitled proceeding will be by Ila C. Deiss, Assistant United States Attorney.

Dated: May 19, 2008                                         Respectfully submitted,

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney

                                                            _____/s/_____
                                                            ILA C. DEISS
                                                            Assistant United States Attorney

Notice of Appearance
C07-2704 JSW