IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUOC XUONG LUU, | ) | No. C 07-2704 JSW (PR) |
| Plaintiff, | ) | **JUDGMENT** |
| vs. | ) | |
| I.N.S., et al, | ) | |
| Defendant. | ) | |

The Court has dismissed this action without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: June 9, 2008

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

QUOC XUONG LUU,

        Plaintiff,

  v.

INS et al,

        Defendant.

Case Number: CV07-02704 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Quoc Xuong Luu
P-22522
California State Prison-Solano
PO Box 4000
Vacaville, CA 95696-4000

Dated: June 9, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk